FILED

Jul 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ danielles          DEPUTY

12

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>BYRON DARNELL LAW II(1),<br>DAVID JAVIER SALAZAR-QUINTERO (2),<br><br>                              Defendants. | Case No.: **19CR2708-H**<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(ii), (v)(II) and<br>(a)(1)(B)(i) – Transportation of<br>Aliens for Financial Gain and<br>Aiding and Abetting |

The United States Attorney charges:

On or about July 3, 2019, within the Southern District of California, defendants BYRON DARNELL LAW II and DAVID JAVIER SALAZAR-QUINTERO, knowing and in reckless disregard of the fact that an alien, namely, VIRGINIO ROBERTO AVENDANO-ROSALES, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: **7/17/2019**                .

                              ROBERT S. BREWER, JR.
                              United States Attorney

                              MARIETTA I. GECKOS
                              Assistant U.S. Attorney

MIG:cm:7/17/2019